UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR FARMS CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARIOTO PRODUCE, INC., et al., <br><br> Defendants. | Case No. 21-cv-06721-SVK <br><br> **ORDER TO SHOW CAUSE RE PERSONAL JURISDICTION, VENUE, AND ATTORNEY'S FEES** <br><br> Re: Dkt. No. 15 |

The Court is in receipt of plaintiff Taylor Farms California, Inc.'s ("Taylor Farms") motion for default judgment [Dkt. 15] but has found deficiencies in counsel's filings.

First, it is unclear that the Court has personal jurisdiction over any of the Defendants.

Second, it is unclear that venue in this District is proper.

Third, Taylor Farms's counsel, Bart Botta, provided the Court with no documentation regarding his experience and background. Nor has he presented evidence that his hourly rate is reasonable. The Court cannot properly calculate attorney's fees without such information.

Accordingly, the Court orders Taylor Farms to provide supplemental briefing regarding personal jurisdiction and venue by **May 10, 2022**. Such briefing is not to exceed 10 pages. Additionally, the Court orders Taylor Farms to provide a declaration and/or exhibits regarding Mr. Botta's attorney's fees by **May 10, 2022**. Taylor Farms shall appear for a hearing on **May 24, 2022**.

**SO ORDERED.**

Dated: April 8, 2022

SUSAN VAN KEULEN
United States Magistrate Judge